IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05-CR-10081-MLW |
| v. | |
| ALEX S. NEWMAN, | VIOLATIONS: |
| Defendant | 18 U.S.C. §1343 - Wire Fraud |
| | 26 U.S.C. §7201 - Tax Evasion |

INDICTMENT

The Grand Jury charges that at all times relevant to the Indictment:

INTRODUCTION

1. Boston Fitness Management Company ("Boston Fitness"), a Massachusetts entity, owned a consortium of health club facilities ("the health clubs") in Massachusetts and Maine. Boston Fitness maintained a separate bank account for each health club ("the clubs' accounts") at U.S. Trust Company. The clubs' accounts were transferred to Citizens Bank when U.S. Trust Company was purchased by Citizens Bank in approximately February 2000. (To simplify matters, U.S. Trust Co. and Citizens Bank are collectively referred to in this Indictment as "Citizens Bank.").

2. Boston Fitness' members paid their monthly membership dues by authorizing Boston Fitness to: (a) transfer funds from their personal bank accounts to one of clubs' accounts on a monthly basis, or (b) submit monthly charges to their personal credit card accounts.

3. From in and around July 1998, to in and around January 2002, the defendant, **ALEX S. NEWMAN** ("**NEWMAN**"), worked as Boston Fitness' systems manager in its corporate office in Wakefield, Massachusetts. A lawyer, **NEWMAN** was also Boston Fitness' in-house counsel.

4. While employed by Boston Fitness, **NEWMAN** was permitted to make deposits to and withdrawals from bank accounts that were established for each club at Citizens Bank (collectively, "the clubs' accounts"). To accomplish the withdrawal of money from the clubs' bank accounts, **NEWMAN** caused information related to each withdrawal transaction to be communicated in interstate commerce to, among other entities, Citizens Bank, the Federal Reserve Bank and a credit transaction clearinghouse that was located in Omaha, Nebraska.

**THE SCHEME TO DEFRAUD**

**COUNTS 1 - 9**

**WIRE FRAUD (18 U.S.C. § 1343)**

The Grand Jury further charges:

5. Paragraphs 1 - 4 of this Indictment are incorporated herein by reference.

6. It was part of the scheme and artifice that from in and around July 1998, to in and around January 2001, without permission or authority from Boston Fitness to do so, on approximately four hundred and twenty-six (426) separate occasions, **NEWMAN** used and caused interstate wire communications, as described in paragraph 4 of this Indictment, to transfer approximately one hundred and twenty five-thousand eighty dollars ($125,080.00) from clubs' accounts to his personal bank accounts.

7. It was further part of the scheme and artifice that from in and around July 1998, to in and around January 2002, without permission or authority from Boston Fitness to do so, **NEWMAN** used the interstate wire communications described in paragraph 4 of this Indictment to cause approximately five hundred and fifty-nine (559) withdrawals, totaling one hundred fifty-five thousand seven hundred dollars and sixty-eight dollars ($155,768.00), to be made from the clubs' accounts for the purpose of posting credits to his personal credit card accounts.

8. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

**ALEX S. NEWMAN,**

devised and intended to devise a scheme and artifice to defraud and to obtain money from Boston Fitness, by means of false and fraudulent pretenses, representations and promises, transmitted and caused to be transmitted by means of wire communication in interstate commerce writings, signs, signals and sounds for the purpose of executing the scheme and artifice, as set forth below:

| COUNT | DATE OF WITHDRAWAL | APPROXIMATE AMOUNT | DEPOSIT TRANSACTION |
|---|---|---|---|
| 1 | 08/31/00 | $168.95 | Deposit to Sovereign Bank Account No. XXXXXXX0240 |
| 2 | 10/05/00 | $482.00 | Deposit to Fleet Bank Account No. XXX-X6453 |
| 3 | 02/02/00 | $471.00 | Deposit to Fleet Bank Account No. XXXX6604 |
| 4 | 01/03/01 | $457.00 | Credit Posted to Citibank Credit Card Account. No. XXXX-XXXX-XXXX-3038 |
| 5 | 01/29/01 | $225.90 | Credit Posted to Citibank Credit Card Account. No. XXXX-XXXX-XXXX-2294 |
| 6 | 05/03/99 | $456.00 | Credit Posted to Citibank Credit Card Account No. XXXX-XXXX-XXXX-7410 |

| COUNT | DATE OF WITHDRAWAL | APPROXIMATE AMOUNT | DEPOSIT TRANSACTION |
|---|---|---|---|
| 7 | 09/05/00 | $302.00 | Credit Posted to JP Morgan Credit Card Account No. XXXX-XXXX-XXXX-4412 |
| 8 | 06/02/00 | $471.00 | Credit Posted to JP First USA Credit Card Account No. XXXX-XXXX-XXXX-4185 |
| 9 | 07/06/99 | $456.00 | Credit Posted to JP Fleet Bank Credit Card Account No. XXXX-XXXX-XXXX-1293 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 10

### TAX EVASION (26 U.S.C. § 7201)

The Grand Jury further charges:

9. The allegations of paragraphs 1 through 4 and 6 through 8, are re-alleged and incorporated as if set forth in full herein.

10. On or about March 21, 2000, in the District of Massachusetts and elsewhere, the defendant,

**ALEX S. NEWMAN**,

did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for calendar year 1999 by filing and causing to be filed with the Director, Internal Revenue Service Center, at Andover, Massachusetts, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, wherein he stated that his taxable income for calendar year 1999, was approximately $28,926.00, and the amount of tax due and owing thereon was approximately $4,752.00, whereas, **NEWMAN** then and there well knew and believed, his taxable income for calendar year 1999 was substantially in excess of that stated and that upon said additional taxable income substantial additional taxes were due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

## COUNT 11

### TAX EVASION (26 U.S.C. § 7201)

The Grand Jury further charges:

11. The allegations of paragraphs 1 through 4 and 6 through 8, are re-alleged and incorporated as if set forth in full herein.

12. On or about May 15, 2001, in the District of Massachusetts and elsewhere, the defendant,

**ALEX S. NEWMAN**,

did willfully attempt to evade and defeat income tax due and owing by him to the United States for the calendar year 2000 by: (a) engaging in affirmative acts to conceal assets and hide income, and (b) filing and causing to be filed with the Director, Internal Revenue Service Center, Atlanta, Georgia, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, wherein he stated that his taxable income for calendar year 2000, was approximately $48,220.00, and the amount of tax due and owing thereon was approximately $10,091.00, whereas, **NEWMAN** then and there well knew and believed, his taxable income for calendar year 2000 was substantially in excess of that stated and that upon said additional taxable income substantial additional taxes were due and owing to the United States of America, all in violation of Title 26, United States Code, Section 7201.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

DATED: March 24, 2005


_____
Robert M. Kinsella
Special Assistant United States Attorney


DISTRICT OF MASSACHUSETTS, MARCH 24, 2005, Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 2:20 PM
3/24/05

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Wakefield, MA

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. 05-CR-10081-MLW
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Alex S. Newman    **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 4021 Peoria Ave., Simi Valley, CA 93063

**Birth date (Year only):** 70    **SSN (last 4 #):** 5156    **Sex** M    **Race:** White    **Nationality:** _____

**Defense Counsel if known:** Juliane Balliro    **Address:** Perkins, Smith & Cohen
**Bar Number:** _____    1 Beacon St., Boston, MA 02108

### U.S. Attorney Information:

**AUSA** Robert M. Kinsella (Dist. of NH)    **Bar Number if applicable** MA BBO No. 273315

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  3 Counts

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/24/05    **Signature of AUSA:** Robert M. Kinsella

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Alex S. Newman

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1343 | Wire Fraud | 1 through 9 |
| Set 2  26 U.S.C. 7201 | Tax Evasion | 10 & 11 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**