AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

**APPEARANCE**

Case Number:  05-cr-10081-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States

I certify that I am admitted to practice in this court.

_4/25/05_
Date

_Robert M. Kinsella_
Signature

Robert M. Kinsella
Print Name                                    Bar Number

55 Pleasant St., 4th floor
Address

Concord,            NH                  03301
City                State              Zip Code

603-225-1552          603-225-1470
Phone Number                           Fax Number

robert.kinsella@usdoj.gov

[FILED / Court / Mass. / 4-25-05 stamp]