AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_For The_ _____   DISTRICT OF   _MASS_

**APPEARANCE**

Case Number: _05 CR 10081 MLW_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   _Alex S. Newman_

I certify that I am admitted to practice in this court.

_4/25/05_
Date

_[signature]_
Signature

_JULIANE BALLIRO   028010_
Print Name                                    Bar Number

_ONE BEACON ST  30th FLOOR_
Address

_BOSTON_         _MA_         _02108_
City             State        Zip Code

_(617)-854-4171_   _(617)-854-4271_
Phone Number                     Fax Number

FILED
In Open Court
USDC, Mass
Date 4-25-05
By _[signature]_