UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                    1:05-cr-10081-MLW-ALL

ALEX S. NEWMAN

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME PURSUANT
TO THE SPEEDING TRIAL ACT, 18 U.S.C. §3161(h)(8)(A)**

The United States submits this Assented to Motion to Exclude Time Pursuant to the Speeding Trial Act, and in support thereof states:

On March 17, 2005, a federal grand jury returned an Indictment charging the defendant, Alex S. Newman, with nine counts of wire fraud, in violation of 18 U.S.C. §1343, and two counts of tax evasion, in violation of 26 U.S.C. §7201.

The defendant was arraigned on those charges on April 25, 2005. At the conclusion of the arraignment, the case was adjourned without an objection to June 8, 2005, to permit the parties to conduct pre-trial discovery.

An initial status conference on the case was conducted on June 8, 2005. During the conference, the government and the defendant orally agreed that the period of time between the defendant's arraignment and the initial status conference is excluded for purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(8)(A).

Accordingly, the government respectfully submits this Assented to Motion for an Order declaring that the period of time between the defendant's arraignment and the initial status conference --

April 25, 2005 to June 8, 2005 -- is excluded for purposes of the Speedy Trial Act. 18 U.S.C. §3161(h)(8)(A). In particular, the parties agree that the purpose for the continuance -- to permit the parties to conduct pre-trial discovery -- was necessary in the interest of justice.

No legal memorandum is necessary.

                Respectfully submitted,

                Michael Sullivan
                United States Attorney

By: /s/ Robert M. Kinsella
    Robert M. Kinsella
    Special Assistant United States Attorney
    U.S. Attorney's Office
    District of New Hampshire
    55 Pleasant St., 4th Floor
    Concord, New Hampshire 03301
    (603) 225-1552

### Certificate of Service

I hereby certify that, on June 9, 2005 I caused a copy of the foregoing to be sent, via U.S. Mail (postage prepaid) and facsimile to:

                Juliane Balliro, Esq.
                Perkins, Smith & Cohen
                1 Beacon St.
                Boston, Massachusetts 02108
                Facsimile No. (617) 854-4171

              /s/ Robert M. Kinsella
              Robert M. Kinsella
              Special Assistant United States Attorney