UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 05-10081 MLW

ALEX NEWMAN
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On June 8, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. Supplemental discovery anticipated includes back-up documents/records which are not in the file from New Hampshire;

4. There is no discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: April 25, 2005, through May 23, 2005 (28 days) and May 23, 2005, through June 8, 2005 (16 days), for a total of one thirty-four (44) days as of June 15, 2005. The parties made oral motion to exclude the time through the Interim status conference (June 8, 2005, through July 26). The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of June 8, 2005;

6. Trial is necessary. The estimated duration of trial is four (4) days;

7. There are no other matters.

      IT IS HEREBY ORDERED THAT

    A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **interim Status Conference** is scheduled at **2:30 p.m.** on **July 26, 2005,** in Courtroom 24, 7th floor.

                            HONORABLE JOYCE LONDON ALEXANDER
                            U.S. MAGISTRATE JUDGE

                            By the Court:

<u>June 30, 2005</u>                <u>/S/ Rex Brown              </u>
Date                              Courtroom Clerk
                                (617) 748-9238