UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                            CRIMINAL NO.

ALEX S. NEWMAN

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On 08/23/05, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule.

2. Discovery is complete and there are no pending motions.

3. No Supplemental discovery is anticipated.

4. (a) Total amount of time ordered excluded under the Speedy Trial Act:

**The parties requested the Court to issue an Order stating that the period of time from the date of the defendant's Arraignment to date of the Final Status Conference is excluded under the Speedy Trial Act.**

(b) Amount of time remaining under the Speedy Trial Act before trial must commence: **If court grants the Motion to Exclude, then 70 days remain.**

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act: **None.**

    5.  (a) The defendant does not intend to raise a defense of insanity.

        (b) The defendant does not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendant.

1

7.  (a)  There are no motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial.

    (b)  Briefing schedule established: **Not applicable**.

8.  There is no need for a schedule concerning any matter in the case other than trial.

9.  There is a slight chance the case will be resolved without a trial.

10.  A Trial is necessary.  The parties estimated that the trial would last 4-5 days.

11.  Other matters: None.

By the Court,

Date 8/23/05        _Jena Edge_____
                       Deputy Clerk