UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

    v.                            1:05-cr-10081-MLW

**ALEX S. NEWMAN**

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME PURSUANT
TO THE SPEEDY TRIAL ACT, 18 U.S.C. §3161(h)(8)(A)**

The United States submits this Assented to Motion to Exclude Time Pursuant to the Speedy Trial Act, and in support thereof states:

On March 17, 2005, a federal grand jury returned an Indictment charging the defendant, Alex S. Newman, with nine counts of wire fraud, in violation of 18 U.S.C. §1343, and two counts of tax evasion, in violation of 26 U.S.C. §7201.

The defendant was arraigned on those charges on April 25, 2005. Since that time, the case has been adjourned, in the interest of justice, to permit the parties to conduct pre-trial discovery. During the final status conference, which was conducted on August 23, 2005, the parties jointly represented to the court that the period from the defendant's arraignment to the final status conference, April 25, 2005 to August 23, is excluded for purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(8)(A).

Accordingly, the government submits this Assented to Motion requesting the court to issue an Order declaring that the period of time between the defendant's arraignment and the final status conference is excluded for purposes of the Speedy Trial Act.

No legal memorandum is necessary.

Dated: September 1, 2005

                        Respectfully submitted,

                        Michael Sullivan
                        United States Attorney

                By: *Robert M. Kinsella (mjp)*
                     Robert M. Kinsella
                     Special Assistant United States Attorney
                     U.S. Attorney's Office
                     District of New Hampshire
                     55 Pleasant St., 4th Floor
                     Concord, New Hampshire 03301
                     (603) 225-1552

### Certificate of Service

I hereby certify that, on September 1, 2005, I caused a copy of the foregoing to be sent, via U.S. Mail (postage prepaid) and facsimile to:

                    Juliane Balliro, Esq.
                Wolf, Block, Schorr & Solis-Cohen
                      1 Boston Place
                Boston, Massachusetts 02108
                Facsimile No. (617) 226-4500

_____*Robert M. Kinsella (mjp)*_____
                Robert M. Kinsella
      Special Assistant United States Attorney