UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>**UNITED STATES**</u> | **CRIMINAL CASE** |
| **V.** | **NO.** <u>05-10081-MLW</u> |
| <u>**ALEX NEWMAN**</u> Defendant(s) | |

### NOTICE OF HEARING

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on <u>NOVEMBER 15, 2005</u> at 1:30 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5</u>th floor.

SARAH A. THORNTON
CLERK OF COURT

<u>November 7, 2005</u>          By:    /s/ Dennis O'Leary
    Date                                 Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                [ntchrgcnf.]
                                        [kntchrgcnf.]