UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

      v.                            **1:05-cr-10081-MLW-ALL**

**ALEX S. NEWMAN**

### GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE PRE-TRIAL CONFERENCE

The United States submits this Assented to Motion to Continue the Pre-Trial Conference in the above-captioned case to a date on or after November 25, 2005, and in support thereof states:

The pre-trial conference for this case is scheduled to be conducted at 1:30 p.m. on November 15, 2005. The undersigned government attorney's wife is more than 38 weeks pregnant. On Wednesday, November 9, 2005, my wife's doctor informed me that if my wife does not give birth in the next few days, it is likely that she will induced to give birth sometime next week.

Accordingly, the government respectfully requests the Court to continue the pre-trial conference, in the interest of justice, to on or after November 25, 2005, and to exclude the period of the adjournment for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(A)(A).

The defendant assents to the government's request to continue the pre-trial conference, and to government's request to exclude the period of the adjournment for purposes of the Speedy Trial Act.

No legal memorandum is necessary.

Respectfully submitted,

Michael Sullivan
United States Attorney

By: /s/ Robert M. Kinsella
    Robert M. Kinsella
    Special Assistant United States Attorney
    U.S. Attorney's Office
    District of New Hampshire
    53 Pleasant St., 4th Floor
    Concord, New Hampshire 03301
    (603) 225-1552

**Certificate of Service**

I hereby certify that, on November 10, 2005, I caused a copy of the foregoing to be filed electronically and sent, via electronic and U.S. Mail (postage prepaid), to:

Juliane Balliro, Esq.
Wolf, Block, Schorr & Solis-Cohen
1 Boston Place
Boston, Massachusetts 02108

_____        /s/ Robert M.Kinsella_____
               **Robert M. Kinsella**
       Special Assistant United States Attorney