UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10081

United States of America          Alex Newman
        PLAINTIFF                       DEFENDANT

Robert Kinsella                   Julianne Balliro

_____          _____

_____          _____

    COUNSEL FOR PLAINTIFF         COUNSEL FOR DEFENDANT

JUDGE___Wolf_____      CLERK___O'Leary_____      REPORTER Romanow

CLERK'S NOTES

| DATES: | Pretrial Conference Held |
|--------|--------------------------|
| 12/1/05 | Court establishes a trial schedule. |
| | Procedural order to issue. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |