UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1:05-cr-10081-MLW-ALL

UNITED STATES OF AMERICA

v.

ALEX S. NEWMAN

## STATEMENT REGARDING NECESSITY FOR TRIAL

Although the parties have made diligent efforts to do so, we have been unable to negotiate a non-trial disposition of the case. Accordingly, a trial will be necessary.

No legal memorandum is necessary.

> Respectfully submitted,
> Alex Newman
> By his attorney,
>
> _____/s/ Juliane Balliro_____
> Juliane Balliro (BBO#028010)
> Wolf, Block, Schorr & Solis-Cohen
> One Boston Place
> Boston, MA 02108
> 617-226-4000

Dated: December 15, 2005

## Certificate of Service

I hereby certify that, on December 15, 2005, I caused a copy of the foregoing to be filed electronically and via electronic mail to:

**AUSA Robert M. Kinsella**
53 Pleasant St., 4th Floor
Concord, New Hampshire 03301
robert.kinsella@usdoj.gov

> _____/s/ Juliane Balliro_____
> Juliane Balliro