UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

1:05-cr-10081-MLW-ALL

UNITED STATES OF AMERICA

V.

ALEX S. NEWMAN

## DEFENDANT'S MOTION TO EXTEND TIME FOR FILING MOTIONS IN LIMINE AND PROPOSED JURY VOIR DIRE QUESTIONS, ASSENTED TO

Now comes the Defendant, through counsel, and respectfully moves for an extension of time within which to file his motions in limine and proposed jury voir dire questions from December 22, 2005 to and including December 27, 2005.

In support of the within motion, Counsel states that she has been unable to meet the current deadline, despite her best efforts, due to an unusually burdensome workload and a limited support staff occasioned by the holiday season.

The within motion is assented to by the Government.

Respectfully submitted,
Alex Newman
By his attorney,

_____/s/ Juliane Balliro_____
Juliane Balliro (BBO#028010)
Wolf, Block, Schorr & Solis-Cohen
One Boston Place
Boston, MA 02108
617-226-4000
December 22, 2005

## Certificate of Service

I hereby certify that, on December 22, 2005, I caused a copy of the foregoing to be filed electronically and via electronic mail to:

**AUSA Robert M. Kinsella**
53 Pleasant St., 4th Floor
Concord, New Hampshire 03301
robert.kinsella@usdoj.gov

/s/ Juliane Balliro
Juliane Balliro