UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

1:05-cr-10081-MLW-ALL

UNITED STATES OF AMERICA

V.

ALEX S. NEWMAN

**DEFENDANT'S MOTION IN LIMINE: OTHER BAD ACTS**

Now comes the Defendant, through counsel, and respectfully moves that the Government be prohibited from offering any evidence pertaining or relating to any alleged illegal conduct or acts other than those charged in the current indictment in its case in chief.

In support of the within motion the Defendant, through counsel, states that the within request is consistent with an agreement reached between the parties concerning the admission of evidence of other bad acts.

                                                        Respectfully submitted,
                                                        Alex Newman
                                                       By his attorney,

                                                        _____/s/ Juliane Balliro_____
                                                        Juliane Balliro (BBO#028010)
                                                        Wolf, Block, Schorr & Solis-Cohen
                                                        One Boston Place
                                                        Boston, MA 02108
                                                        617-226-4000

Dated: December 27, 2005

## Certificate of Service

I hereby certify that, on December 27, 2005, I caused a copy of the foregoing to be filed electronically and via electronic mail to:

**AUSA Robert M. Kinsella**
53 Pleasant St., 4th Floor
Concord, New Hampshire 03301
robert.kinsella@usdoj.gov

_____/s/ Juliane Balliro_____
Juliane Balliro