UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

1:05-cr-10081-MLW-ALL

UNITED STATES OF AMERICA

V.

ALEX S. NEWMAN

### DEFENDANT'S PROPOSED JURY VOIR DIRE QUESTIONS

Now comes the Defendant, through counsel, and respectfully submits the following proposed questions to be submitted to the jury upon voir dire examination:

1. Would you tend to either believe or disbelieve the testimony of a law enforcement officer, such as an F.B.I. agent, simply because he or she is employed in law enforcement?

2. Do you believe that lawyers are more likely *not* to tell the truth than members of other professions?

3. Have you ever been an owner or part-owner of a business entity?

4. If your answer to the preceding question is "yes" would your experience cause you to tend to believe the testimony of a business owner over the testimony of an employee?

5. Have you ever been terminated from a position of employment for cause?

6. Do you believe that if an individual has been charged with a crime that he is probably guilty?

7. Have you ever been the victim of a theft crime?

8. Have you ever been accused of stealing from your employer?

- 2 -

9. Have you ever worked for an employer who was the victim of a theft crime?

10. Do you believe that people who don't pay their taxes are dishonest people?

11. Would you tend to disbelieve the testimony of a person charged with a crime who testifies in his own defense?

12. Do you believe that if a person charged with a crime does not testify in his own defense he or she must be guilty?

13. Do you feel that a person charged with a crime has to prove to you that he is not guilty in order for you to find him not guilty?

Respectfully submitted,
Alex Newman
By his attorney,


_____/s/ Juliane Balliro_____
Juliane Balliro (BBO#028010)
Wolf, Block, Schorr & Solis-Cohen
One Boston Place
Boston, MA 02108
617-226-4000

Dated: December 27, 2005

## Certificate of Service

I hereby certify that, on December 27, 2005, I caused a copy of the foregoing to be filed electronically and via electronic mail to:

**AUSA Robert M. Kinsella**
53 Pleasant St., 4th Floor
Concord, New Hampshire 03301
robert.kinsella@usdoj.gov

_____/s/ Juliane Balliro_____
Juliane Balliro