UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

1:05-cr-10081-MLW-ALL

UNITED STATES OF AMERICA

v.

ALEX S. NEWMAN

## DEFENDANT'S RESPONSE TO GOVERNMENT'S REQUEST FOR JURY INSTRUCTIONS

The Defendant Alex S. Newman, through counsel, responds as follows to the Government's Request for Jury Instructions:

1. The Defendant opposes the Government's Proposed Instruction No. 1 on the grounds that it is an overbroad, vague and general statement of agency that would permit the jury to convict the Defendant for conduct that is not, under the circumstances of this case, properly attributable to him.

2. The Defendant does not oppose the Government's Proposed Instructions Nos. 2, 3, 4, 5, 6, & 7.

```
                                        Respectfully submitted,
                                        Alex Newman
                                        By his attorney,


                                        /s/ Juliane Balliro_____
                                        Juliane Balliro (BBO#028010)
                                        WolfBlock
                                        One Boston Place
                                        Boston, MA 02108
                                        617-226-4000
```

Dated: January 6, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that, on January 6, 2006, I caused a copy of the foregoing to be filed electronically and via electronic mail to:

**AUSA Robert M. Kinsella**
53 Pleasant St., 4th Floor
Concord, New Hampshire 03301
robert.kinsella@usdoj.gov

                                                 _____/s/ Juliane Balliro_____
                                                 Juliane Balliro