UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

1:05-cr-10081-MLW-ALL

UNITED STATES OF AMERICA

v.

ALEX S. NEWMAN

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

The Defendant Alex S. Newman, through counsel, respectfully moves this Honorable Court for a continuation of the trial date in this matter for a minimum period of one week to a date convenient to the Court and parties.

In support of the within motion, counsel for the defendant states that the continuance is needed to enable counsel to examine bank statements and computer equipment, formerly believed to have been lost or destroyed, sufficiently in advance of trial. Counsel further states that the recently produced documents and data may contain evidence exculpatory to the defendant and supportive of his defense at trial.

The Defendant directs the Court's attention to the Affidavit of Counsel filed herewith and incorporated herein.

                                                          Respectfully submitted,
Alex Newman
By his attorney,

/s/ Juliane Balliro
Juliane Balliro (BBO#028010)
WolfBlock
One Boston Place
Boston, MA 02108
617-226-4000

Dated: January 6, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 6, 2006, I caused a copy of the foregoing to be filed electronically and via electronic mail to:

**AUSA Robert M. Kinsella**
53 Pleasant St., 4th Floor
Concord, New Hampshire 03301
robert.kinsella@usdoj.gov

_____/s/ Juliane Balliro_____
Juliane Balliro