UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10081

| United States of America | Alex Newman |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Kinsella | Julianne Balliro |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf           CLERK   O'Leary           REPORTER Romanow

CLERK'S NOTES

| DATES: | Final Pretrial Conference |
|---|---|
| 1/6/06 | Plaintiff to report back on Wednesday, as to whether she wishes to proceed on her motion to continue the trial or state that there is no longer a request for a continuance. If the former parties will report back on Thursday, January 12, 2006 at 4:00 PM. Court listens to oral arguments on the pending motions in limine and makes any necessary rulings. Parties to report by Wednesday, January 11, 2006 regarding any disputes with regard to the exhibits. Government to provide Jencks statements and a set of exhibits for the court by January 11, 2006. |