```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
                             )
     v.                      )     C.R. No. 05-10081-MLW
                             )
ALEX S. NEWMAN               )
     Defendant.              )
```

                              ORDER

WOLF, D.J.                                      January 6, 2006

      For the reasons described in court on January 6, 2006, it is hereby ORDERED that:

      1.  The defendant's Motion in Limine: Lost or Destroyed Evidence is DENIED without prejudice.

      2.  By January 11, 2006, at 12:00 noon:

      a)  The government shall file a trial brief and provide the court with a set of the exhibits and <u>Jencks</u> materials for each witness.

      b)  The parties shall report whether there are any foreseeable objections to particular exhibits.

      c)  Defense counsel shall file a Motion to Continue the Trial Date with a proposed date for commencement of the trial and a supporting affidavit, or, alternatively, a statement that the defendant is not seeking to continue the trial date beyond January 17, 2006.

      3.  If necessary, the parties shall appear for a hearing on

January 12, 2006, at 4:00 p.m.

```
                                  /s/ MARK L. WOLF
                                 UNITED STATES DISTRICT JUDGE
```