UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

1:05-cr-10081-MLW-ALL

UNITED STATES OF AMERICA

v.

ALEX S. NEWMAN

### DEFENDANT'S RENEWED MOTION TO CONTINUE TRIAL DATE

The Defendant Alex S. Newman, through counsel, respectfully moves this Honorable Court for a continuation of the trial date in this matter to April 2006 or an alternative date convenient to the Court and parties.

In support of the within motion, counsel for the defendant states that a minimum 30 day continuance is needed to enable counsel to examine bank statements and computer equipment, formerly believed to have been lost or destroyed, sufficiently in advance of trial. Counsel for the Defendant is scheduled to commence trials in the Middlesex County Superior Court on February 13, 2006 and on February 28, 2006. Counsel is further scheduled to commence a trial in the Suffolk County Superior Court on February 27, 2006. Counsel is scheduled to be on vacation from March 12-19, 2006 and would need time following the return from her vacation to prepare for the trial of this case.

Counsel further states that the recently produced documents and data may contain evidence exculpatory to the defendant and supportive of his defense at trial.

The Defendant directs the Court's attention to the Affidavit of Counsel filed on January 6, 2006 and to the Affidavit of Counsel in Support of Renewed Motion for Continuance filed

herewith and incorporated herein.

                                            Respectfully submitted,
                                            Alex Newman
                                            By his attorney,

                                            /s/ Juliane Balliro_____
                                            Juliane Balliro (BBO#028010)
                                            WolfBlock
                                            One Boston Place
                                            Boston, MA 02108
                                            617-226-4000

Dated: January 11, 2006

**CERTIFICATE OF SERVICE**

     I hereby certify that, on January 11, 2006, I caused a copy of the foregoing to be filed electronically and via electronic mail to:

**AUSA Robert M. Kinsella**
53 Pleasant St., 4th Floor
Concord, New Hampshire 03301
robert.kinsella@usdoj.gov

                                                      _____/s/ Juliane Balliro_____
                                                      Juliane Balliro