UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | C.R. No. 05-10081-MLW |
| ) | |
| ALEX S. NEWMAN ) | |
|     Defendant. ) | |

ORDER

WOLF, D.J.                                                          January 13, 2006

For the reasons described in court on January 12, 2006, it is hereby ORDERED that:

1. The parties shall, by March 17, 2006, confer and report whether a trial will be necessary.

2. If necessary, any additional motions shall be filed by March 24, 2006. Responses to them shall be filed by March 31, 2006.

3. A pretrial conference will be held on April 7, 2006, at 2:00 p.m.

4. As agreed by the parties, the time from January 12, 2006, to April 17, 2006, is excluded under the Speedy Trial Act because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).

                                                       /s/ MARK L. WOLF
                                                     UNITED STATES DISTRICT JUDGE