UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

      v.                **1:05-cr-10081-MLW-ALL**

**ALEX S. NEWMAN**

### STATEMENT OF COUNSEL

Although the parties have made diligent efforts to do so, we have been unable to negotiate a non-trial disposition of the case. Accordingly, a trial will be necessary.

Dated: March 17, 2006

                Respectfully submitted,

                MICHAEL SULLIVAN
                United States Attorney
                District of Massachusetts

      By: /s/ Robert M. Kinsella
           Robert M. Kinsella
           Special Assistant United States Attorney
           53 Pleasant St., 4th Floor
           Concord, New Hampshire 03301

                and

                ALEX NEWMAN

      By: /s/ Juliane Balliro
           Wolf, Block, Schorr & Solis-Cohen
           1 Boston Place
           Boston, Massachusetts 02108