```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
     v.                      )    C.R. No. 05-10081-MLW
                             )
ALEX S. NEWMAN               )
     Defendant.              )
```

ORDER

WOLF, D.J.                                              April 7, 2006

It is hereby ORDERED that the defendant shall, by April 12, 2006, file a motion in limine and memorandum concerning any convictions of the government's witnesses. See Fed. R. Civ. P. 609. The government shall respond by 12:00 noon on April 14, 2006.

```
                              /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE
```