```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | C.R. No. 05-10081-MLW |
| ) | |
| ALEX S. NEWMAN ) | |
|     Defendant. ) | |

ORDER

WOLF, D.J.                                          April 7, 2006

It is hereby ORDERED that the defendant shall, by April 12, 2006, file a motion in limine and memorandum concerning any convictions of the government's witnesses. <u>See</u> Fed. R. Civ. P. 609. The government shall respond by 12:00 noon on April 14, 2006.

```
                              /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE
```

1