UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10081

| United States of America | Alex Newman |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Kinsella | Juliann Balliro |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER Romanow

### CLERK'S NOTES

| DATES: | Jury Trial |
|---|---|
| 4/18/06 | Court goes over preliminary matters with the parties including the voir dire process. Court takes up the defendant's motion in limine regarding the use of prior conviction. Court takes the motion reserves ruling until the cross examination of the witness and directs the defendant not to mention the conviction in his opening statement. Jury voir dire begun. Jury of 12 and 2 alternates sworn in. Jury is excused for the day. |