UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10081

| United States of America | Alex Newman |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Kinsella | Juliann Balliro |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

## CLERK'S NOTES

| DATES: | Jury Trial |
|---|---|
| 4/19/06 | Court takes up preliminary matters with the parties. Jury is brought in and given the preliminary instructions by the court. Government calls Doreen Gordon - witness takes the stand and is sworn. Exhibits 1-21 marked and admitted into evidence. Government calls Shirley Stein - witness takes the stand and is sworn. Court excuses the jury for the day and takes up the defendant's motion in limine. Court takes the matter under advisement. |