UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10081

| United States of America | Alex Newman |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Kinsella | Juliann Balliro |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Jury Trial |
|---|---|
| 4/20/06 | Court takes up preliminary matters with the parties, including defendant's motion in limine regarding the prior conviction of Al Morovitz.  Court will allow the defendant to use the conviction.  Jury brought in. Government calls Alan Morovitz - witness takes the stand and is sworn.  Government calls Jennifer O'Neil - witness takes the stand and is sworn.  Government calls Tracy Ann Grammar - witness takes the stand and is sworn.  Government calls Scott Baker - witness takes the stand and is sworn.  Court excuses the jury for the day. |