UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10081

| United States of America | Alex Newman |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Kinsella | Juliann Balliro |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Jury Trial |
|---|---|
| 4/21/06 | Jury is brought in and the trial resumes with Scott baker on the stand.  Government calls Thomas Mullen - witness takes the stand and is sworn.  Exhibits 29-41 marked and admitted into evidence.  Government calls David Peyton - witness takes the stand and is sworn.  Government calls David Laird - witness takes the stand and is sworn.  Court excuses the jury for the day.  Court advises the party that if there are any other instructions they would like to be given to the jury they should be filed by Monday morning.  Parties given 30-35 minutes for their closing arguments. |