UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10081

| United States of America | Alex Newman |
| PLAINTIFF | DEFENDANT |
| Robert Kinsella | Juliann Balliro |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

## CLERK'S NOTES

| DATES: | Jury Trial |
|---|---|
| 4/24/06 | Court goes over preliminary matters with counsel. Jury is brought in. Government calls Tama Mitchell - witness takes the stand and is sworn. Government rests. Court excuses the jury for the morning break. Defendant moves orally for a Rule 29 verdict. Court listens to oral arguments on the motion. Court reserves judgment on the motion as to Count 11. Count 4 with the agreement of the government is dismissed as the indictment contained the wrong date. Court denies the Rule 29 motion with regard to counts 1-3 and 5-10. Defendant takes the stand and is sworn in. Court excuses the jury for the day. Court goes over some issues regarding jury instructions with counsel. |