UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10081

| United States of America | Alex Newman |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Kinsella | Juliann Balliro |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Jury Trial |
|---|---|
| 4/25/06 | Court goes over preliminary matters with counsel. Jury is brought in. Defendant retakes the stand. |
| | Defendant rests. Government does not put on a rebuttal case. Court recesses to go over matters with the |
| | attorneys. Defendant renews his Rule 29 motion. Court reserves its ruling. Court resumes and the government |
| | gives its closing argument. Defendant gives its closing argument. Government gives a brief rebuttal argument. |
| | Court recesses for lunch. Court resumes in the afternoon and charges the jury. Jury starts their deliberations |
| | at approx. 2:45. Jury has its first question at 3:25. Court gives them further instructions in response to their |
| | questions and sends them out to resume their deliberations. Jury has a second question regarding the use |
| | of a laptop computer with excel software at 4:25. Court, after consulting with the attorneys, will allow jury to |
| | bring in a computer tomorrow with the admonishmnet that it is used exclusively to create a spreadsheet from |
| | the evidence provided. Jury is excused for the evening and ordered to return tomorrow morning at 9:00 AM. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |