UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10081

| United States of America | Alex Newman |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Kinsella | Juliann Balliro |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER  Romanow

CLERK'S NOTES

| DATES: | Jury Trial |
|---|---|
| 4/26/06 | Court goes over preliminary matters with counsel. Jury is brought in and sent back out to resume their deliberations. Jury has five more questions which are collectively marked as jury question 3. Court goes over the questions and the court's intended response with counsel. Defendant renews its request for a supplemental jury instruction regarding knowledge/acknowledge of owners/management. Jury is brought in and the court responds to the five separate questions. Jury returns a verdict of not guilty on all counts at 11:30 AM. Court directs the clerk to enter the judgment. Court excuses the jury. |