✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| ALEX S. NEWMAN | Case Number: CR05-10081-MLW |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wolf | Robert Kinsella | Juliann Balliro |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/18/2006 | Romanow | O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ----- | | 4/19/06 | | | Doreen Gordon |
| 1 | | 4/19/06 | | X | US Trust Account Statement for 2/99 |
| 2 | | 4/19/06 | | X | Citizens Bank Account Statement for 8/00 |
| 3 | | 4/19/06 | | X | US Trust Account Statement for 7/99 |
| 4 | | 4/19/06 | | X | Citizens Bank Account Statement for |
| 5 | | 4/19/06 | | X | Check Request Authorization Form |
| 6 | | 4/19/06 | | X | Pronto Report |
| 7 | | 4/19/06 | | X | Fleet Bank Account Statement for 7/99 - 2/01 |
| 7a | | 4/19/06 | | X | Summary Chart: Chronology of Transactions Acct no. 135-96453 |
| 8 | | 4/19/06 | | X | Fleet Bank Account Statement for 8/98 - 1/01 |
| 8a | | 4/19/06 | | X | Summary Chart: Chronology of Transactions Acct. no. 411-26604 |
| 9 | | 4/19/06 | | X | Citibank Monthly Credit Card Statements (4580) for 11/98 -12/00 |
| 9a | | 4/19/06 | | X | Summary Chart: Chronology of Transactions for (4580) |
| 10 | | 4/19/06 | | X | Citibank Monthly Credit Card Statements (2294) for 1/01 -2-01 |
| 10a | | 4/19/06 | | X | Summary Chart: Chronology of Transactions for (2294) |
| 11 | | 4/19/06 | | X | Citibank Monthly Credit Card Statements (7410) for 8/98 - 5/99 |
| 11a | | 4/19/06 | | X | Summary Chart: Chronology of Transactions for (7410) |
| 12 | | 4/19/06 | | X | JP Morgan Monthly Credit Card Statements (4412) for 12/99 - 1/01 |
| 12a | | 4/19/06 | | X | Summary Chart: Chronology of Transactions for (4412) |
| 13 | | 4/19/06 | | X | First USA Monthly Credit Card Statements (4185) for 1/00 - 2/01 |
| 13a | | 4/19/06 | | X | Summary Chart: Chronology of Transactions for (4185) |
| 14 | | 4/19/06 | | X | Fleet Bank Monthly Credit Card Statements (1293) for 9/98 - 2/00 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __4__ Pages

✎AO 187A (Rev. 7/87)　　　　　　　　　　**EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | | ALEX NEWMAN | CASE NO. CR05-10081 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14a | | 4/19/06 | | X | Summary Chart: Chronology of Transactions for (1293) |
| 15 | | 4/19/06 | | X | Sovereign Bank Account Statements for 8/00 - 2/01 |
| 15a | | 4/19/06 | | X | Summary Chart: Chronology of Transactions for Sovereign Account |
| 16 | | 4/19/06 | | X | Summary Chart - all transactions to date |
| 17 | | 4/19/06 | | X | Summary Chart: Account Totals by Year |
| 18 | | 4/19/06 | | X | Tax Returns for 1999 |
| 19 | | 4/19/06 | | X | Tax Returns for 2000 |
| C | | 4/24/06 | | X | Summary Chart: Counts 10 and 11 (Tax Computations for 1999 and 2000) |
| | 21 | 4/19/06 | | X | Boston Fitness Account Statements for 9/99 |
| ---- | | 4/19/06 | | | Shirley Stein |
| | | 4/20/06 | | | Alan Morovitz |
| | 22 | 4/20/06 | | X | Boston Fitness Financial Statements |
| | 23 | 4/20/06 | | X | Articles of Incorporation for Boston Fitness, Salem Club |
| | 24 | 4/20/06 | | X | Letter from Boston Fitness to Eastern Bank dated 5/24/00 |
| | 25 | 4/20/06 | | X | Closing Agenda for financing of Portland ME club |
| | 26 | 4/20/06 | | X | Closing Documents for Portland ME club |
| | 27 | 4/20/06 | | X | Judgment & Conviction of Morovitz in CR88-245 |
| | 28 | 4/20/06 | | X | Stipulation |
| ---- | | 4/20/06 | | | Jennifer O'Neil |
| ---- | | 4/20/06 | | | Tracy Ann Grammar |
| ---- | | 4/20/06 | | | Scott Baker |
| ---- | | 4/21/06 | | | Scott Baker |
| ---- | | 4/21/06 | | | Thomas Mullen |
| | 29 | 4/21/06 | | X | Woburn Planet Fitness EFT detail for 5/3/99 |
| | 30 | 4/21/06 | | X | Planet Fitness statements for 8/00 |
| | 31 | 4/21/06 | | X | Planet Fitness statements for 9/00 |
| | 32 | 4/21/06 | | X | Planet Fitness statements for 8/99 |

✎AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

|  | United States | vs. | ALEX NEWMAN | CASE NO. CR05-10081 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 33 | 4/21/06 |  | X | Planet Fitness statements for 9/99 |
|  | 34 | 4/21/06 |  | X | Medford Planet Fitness EFT detail for 5/17/99 |
|  | 35 | 4/21/06 |  | X | Woburn Planet Fitness EFT detail for 6/3/99 |
|  | 36 | 4/21/06 |  | X | Medford Planet Fitness EFT detail for 6/15/99 |
|  | 37 | 4/21/06 |  | X | Woburn Planet Fitness EFT detail for 7/2/99 |
|  | 38 | 4/21/06 |  | X | Medford Planet Fitness EFT detail for 7/15/99 |
|  | 39 | 4/21/06 |  | X | Medford Planet Fitness EFT detail for 8/16/99 |
|  | 40 | 4/21/06 |  | X | Medford Planet Fitness EFT detail for 4/15/99 |
|  | 41 | 4/21/06 |  | X | Medford Planet Fitness EFT detail for 4/15/99 |
| ---- |  | 4/21/06 |  |  | David Peyton |
| A |  | 4/21/06 | X |  | ACH File |
| ---- |  | 4/21/06 |  |  | David Laird |
|  | 42 | 4/21/06 |  | X | Recommendation for Upgrade of Information System by Newman |
|  | 43 | 4/21/06 |  | X | Prospective Buyers List for Planet Fitness dated 1/23/01 |
|  | 44 | 4/21/06 |  | X | Fit Tec 2000 |
|  | B | 4/24/06 | X |  | W-2s |
| ---- |  | 4/24/06 |  |  | Tama Mitchell |
|  | ---- | 4/24/06 |  |  | Alex Newman |
|  | 45 | 4/24/06 |  | X | Boston Fitness Payroll Records |
|  | 46 | 4/24/06 |  | X | Miscellaneous Receipts |
|  | 47 | 4/24/06 |  | X | Receipts and checks from Kelly Jeep |
|  | 48 | 4/24/06 |  | X | Enforceability Agreement |
|  | 49 | 4/24/06 |  | X | Deborah Laird Payroll records for 1999 |
|  | ----- | 4/25/06 |  |  | Alex Newman |
|  | 50 | 4/25/06 |  | X | Payroll Records for Robin Baker for 1999 |
|  | 51 | 4/25/06 |  | X | Payroll Records for D. Laird and R. Baker for 2000 |
|  | 52 | 4/25/06 |  | X | Payroll Records for D. Laird and R. Baker for 2001 |

Page   3   of   4   Pages

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | UNITED STATES vs. ALEX NEWMAN — CASE NO. CR05-10081 |
| | 53 | 4/25/06 | | X | Graphic Art Samples |
| | 54 | 4/25/06 | | X | Zoning Board Minutes |
| | 55 | 4/25/06 | | X | Newman's checks (payroll & nonpayroll) from Boston Fitness |
| | | 4/25/06 | D | | Redacted Indictment Omitting Count IV |
| | | 4/25/06 | E | | Verdict Form |

Page   4   of   4   Pages