✎ AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ALEX NEWMAN

**JUDGMENT OF ACQUITTAL**
CASE NUMBER:    05-10081-001-MLW

     Pursuant to the court's order dated February 28, 2005, IT IS ORDERED that the Defendant, ALEX NEWMAN, is acquitted, discharged, and any bond exonerated.

/s/ MARK L. WOLF
Signature of Judicial Officer

Mark L. Wolf, District Judge
Name and Title of Judicial Officer

June 2, 2006
Date